EDWARD HALL, Appellant, *v.* THE TOWN OF OYSTER BAY, Respondent.

*Hall* v. *Town of Oyster Bay,* 61 App. Div. 508, affirmed.
(Submitted April 11, 1902; decided May 6, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 4, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial.

*George W. Stephens* and *Patrick J. O'Beirne* for appellant.

*George B. Stoddart* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

———

VINCENT C. KING, Appellant, *v.* MINNIE A. KING, as Administratrix of ERNEST H. KING, Deceased, Respondent.

*King* v. *King,* 55 App. Div. 636, affirmed.
(Argued April 14, 1902; decided May 6, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 28, 1900, affirming a judgment in favor of defendant entered upon the report of a referee.

*T. F. Hamilton* for appellant.

*Winsor B. French* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.